IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KENYATTI COLLINS,

  Petitioner,

  v.

AHMED HOLT,

  Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-2804-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending transferring the action to the Middle District of Georgia. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is TRANSFERRED to the United States District Court for the Middle District of Georgia.

SO ORDERED, this 24 day of August, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Collins\16cv2804\r&r.wpd